**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LINDA D. HISLE, )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br> of the Social Security Administration, )<br>)<br>  Defendant. ) | 1:05-cv-1125-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Linda D. Hisle is not entitled to Supplemental Security Income and Disability Insurance Benefits based on her applications filed on November 26, 2001, is **AFFIRMED.**


Date: 12/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov

Joseph W. Shull, jshull@pngusa.net